**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

JUSTIN DERON COLEMAN,            :
AIS 216124,
                                 :
        Petitioner,
                                 :
vs.                                         CA 15-0337-WS-C
                                 :
JUDGE BEN BROOKS, et al.,
                                 :
        Respondents.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to

the issues raised, and there having been no objections filed, the report and

recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated

June 7, 2016 is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of July, 2016.


        s/WILLIAM H. STEELE
        **CHIEF UNITED STATES DISTRICT JUDGE**